2:98-cr-20064-MPM   # 41   Page 1 of 1

PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

**E-FILED**
Tuesday, 29 November, 2005  11:47:25 AM
Clerk, U.S. District Court, ILCD

# United States District Court

For The

### CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    v.                                   Crim. No.   98-20064 - 001

WILLIAM S. BANKS

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on November 26, 2005. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    Respectfully submitted,

    *s/*   Gwen M. White

    U.S. Probation Officer

GMW:kjb

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 29th day of November, 2005.

    s/ Michael P. McCuskey

    Michael P. McCuskey
    Chief United States District Judge